In the Matter of the Application of GRAVES-QUINN CORPORATION for an Order Confirming the Award of the Arbitrators in the Controversy between GRAVES-QUINN CORPORATION, Respondent, and ALFRED C. KIHN, Appellant.— O der

affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.